## EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ISRAEL MORALES, JUAN MALDONADO, JOSE ELIAS RAMIREZ MELGAR, JOSE EVELIO MENJIVAR AMAYA, JOSE R. AVILA, and JAIME AMAYA individually and on behalf of all others similarly situated,<br><br>                                          Plaintiffs,<br><br>-against-<br><br>RISE DEVELOPMENT PARTNERS, LLC, RISE CONCRETE LLC, LBS MAINTENANCE CORP., and BARRY CALDWELL and JOSE ALVAREZ, as individuals,<br><br>                                          Defendants. | CIVIL ACTION NO: 21-CV-00166<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED AND ORDERED that the above-captioned action be and is hereby dismissed in its entirety as against Defendants, with prejudice, and with no award of attorneys' fees or costs by the Court to any party, except as provided in the parties' Settlement Agreement. The Court has reviewed the parties' Settlement Agreement and finds that the settlement is fair, reasonable, and adequate in all respects. Notwithstanding the filing of this Stipulation of Dismissal, the parties agree that this Court will retain jurisdiction over this matter in the event either party defaults with respect to their obligations under the Agreement and to enforce the terms of the Agreement.

128455928.1

Dated: December 27, 2021

Helen F. Dalton & Associates, P.C.
80-02 Kew Gardens Road
Suite 601
Kew Gardens, NY 11415

By: *James O'Donnell*
James O'Donnell, Esq.
jamespodonnell86@gmail.com
*Attorney for Plaintiffs*

Fox Rothschild LLP
101 Park Avenue
17th Floor
New York, NY 10178

By: _____
Alexander Bogdan, Esq.
abogdan@foxrothschild.com
*Attorney for Defendants*

SO-ORDERED:

*Peggy Kuo*
_____
UNITED STATES JUDGE  PEGGY KUO